IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20949
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LORETO BARRERA-ROJAS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-457-15
--------------------
July 13, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Loreto Barrera-Rojas has filed a motion for leave to withdraw as counsel and a brief in support in accordance with Anders v. California, 386 U.S. 738, 744 (1967). Barrera was provided a copy of counsel's Anders motion and brief but has not filed a response.

Our independent review of the record and counsel's brief reveals no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities in this case, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.